**Fill in this information to identify the case:**

Debtor name _____American Helicopters, Inc._____

United States Bankruptcy Court for the:_____Eastern District of Virginia____

(State)

Case number (If known): ____24-11444_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................

   $ _____173,650.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................

   $ _____173,650.00

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ _____7,441,155.15

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   +$ _____11,600,684.06

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____19,041,839.21

**Fill in this information to identify the case:**

Debtor name ___American Helicopters, Inc.___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): ___24-11444___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 1  7  9  2 | $ 0.00 |
| 3.2. | Truist Bank | Checking | 7  4  7  5 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**    $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | City of Manassas Airport | $ Unknown |
| 7.2. | Washington Gas | $ Unknown |

Debtor    American Helicopters, Inc.                                    Case number *(if known)*  24-11444
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                  $ 0.00

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    0.00                  –    0.00                        = ........➔    $ 0.00
                                 face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:       30,000.00              –    0.00                        = ........➔    $ 30,000.00
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.             $ 30,000.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                               $_____

Debtor  American Helicopters, Inc.

Name

Case number (if known) 24-11444

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Flight bags and training publications. | ___ MM / DD / YYYY | $ _____ | _____ | 700.00 $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 700.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Debtor    American Helicopters, Inc.
_____
Name

Case number *(if known)* 24-11444

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** <br> Office Fixtures | $ 2,000.00 | Book Value | $ 2,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers and Monitors | $ 1,000.00 | Book Value | $ 1,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 3,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   American Helicopters, Inc.                                    Case number (if known)   24-11444
         Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Kubota RTV 500 | $ 2,500.00 | Book Value | $ 2,500.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 Schwitzer Helicopter | $ 100,000.00 | Book Value | $ 100,000.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery adn Fixtures | $ 37,450.00 | Book Value | $ 37,450.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 139,950.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 5

Debtor    American Helicopters, Inc. _____    Case number (if known) 24-11444_____
         Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61.  **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62.  **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64.  **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65.  **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor  American Helicopters, Inc.
_____
Name

Case number (*if known*) ___24-11444___

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____  = ➡  $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   American Helicopters, Inc.                                   Case number (*if known*)   24-11444
         Name

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 30,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 139,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................. ➡ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 173,650.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................   $ 173,650.00 (173,650.00)

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | American Helicopters, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number (If known): | 24-11444 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
Business Ventures Management, LLC c/o
Gross, Romanick, Dean & DeSimone, PC

**Creditor's mailing address**
3975 University Drive
Suite 410, Fairfax, VA 22030

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**

$ 1,800,000.00    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
C T Corporation System

**Creditor's mailing address**
330 N Brand Blvd
Suite 700, Glendale, CA 91203

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$0.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 7,441,155.15

| Debtor | American Helicopters, Inc. | Case number *(if known)* 24-11444 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**
**Creditor's name**
City of Manassas, Manassas Regional Airport

**Creditor's mailing address**

10600 Harry J Parrish Blvd
2nd floor, Manassas, VA 20110

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$3,708.90

$0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**
**Creditor's name**
Donald G Costello Trust c/o Sally Hostetler, Odin Feldman, Pittleman

**Creditor's mailing address**

1775 Wiehle Ave
Ste 400, Reston, VA 20190

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$25,000.00

$0.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Frederic Gumbinner and Brad Mann c/o
Gross, Romanick, Dean & DeSimone, PC

**Describe debtor's property that is subject to a lien**

$1,800,000.00    $0.00

**Creditor's mailing address**

3975 University Drive
Suite 410, Fairfax, VA 22030

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

**Is the creditor an insider or related party?**
☑ No
☐ Yes

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** **Creditor's name**
GIUSEPPE CAMINITI

**Describe debtor's property that is subject to a lien**

$300,000.00    $ 0.00

**Creditor's mailing address**

525 K EAST MARKET ST.
Leesburg, VA 20176

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

**Is the creditor an insider or related party?**
☑ No
☐ Yes

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**
Icon Finance, LLC c/o Gross, Romanick, Dean & DeSimone, PC

$1,800,000.00     $0.00

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

3975 University Drive
Suite 410, Fairfax, VA 22030

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.8** **Creditor's name**
John A Andrews c/o Mark Andrews, Trustee

$400,000.00     $0.00

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

22330 Sam Fred Rd.
Middleburg, VA 20117

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

**Creditor's name**
Julian Morrison

**Describe debtor's property that is subject to a lien**

$15,000.00          $0.00

**Creditor's mailing address**

7100 Marine Dr.
Alexandria, VA 22307

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**
Overton Funding

**Describe debtor's property that is subject to a lien**

$82,446.25          $ 0.00

**Creditor's mailing address**

2802 North 29th Ave
Hollywood , FL 33020

**Creditor's email address, if known**

**Date debt was incurred** _____

**Describe the lien**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor     American Helicopters, Inc.                                           24-11444
           Name                                    Case number *(if known)*_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
Santorini Services LLC

**Describe debtor's property that is subject to a lien**

$ 990,000.00    $ 0.00

**Creditor's mailing address**

2000 Massachusetts Ave NW
Washington, DC 20036

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
Santorini Servies Capital LLC

**Describe debtor's property that is subject to a lien**

$ 75,000.00    $ 0.00

**Creditor's mailing address**

2000 Massachusetts Ave NW
Washington, DC 20036

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**

Westbrooke Homes

_____

**Creditor's mailing address**

7989 Kings Highway

King George, VA 22485

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$150,000.00     $0.00

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$_____     $_____

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | American Helicopters, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Virginia |
| Case number (if known) | 24-11444 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** | Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Aaron Butters
2985 District Ave
Apt #454
Fairfax, VA 22031

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,295.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Aastha Patel
7445 Sandy Bottom Ct

Hughesville, MD 20637

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Adam Gurson
15091 Stillfield Pl

Centreville, VA 20120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Adam Sanfacon
5870 Iron Stone Ct.

Centreville, VA 20120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Adam Yingling
9422 Goshen Lane

Burke, VA 22015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Adrian Polinski
1309 Forty Oaks Dr

Herndon, VA 22170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Helicopters, Inc. | | Case number *(if known)* | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**    **Nonpriority creditor's name and mailing address**

Airparts Aero Inc., Attn: Rolin Pinto
700 R Street
Ste 80952
Lincoln, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

$ 5,471.35

---

**3.8**    **Nonpriority creditor's name and mailing address**

Akshay Belle
24857 Mason Dale Ter

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

$ 1,300.00

---

**3.9**    **Nonpriority creditor's name and mailing address**

Alec Frye
5361 Fishers hill Way

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

$ 1,300.00

---

**3.10**    **Nonpriority creditor's name and mailing address**

Alejandro Pamparatto
3956 Valley Ridge Dr

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

$ 1,053.00

---

**3.11**    **Nonpriority creditor's name and mailing address**

Alex Greenlee
5401 Wycklow Ct

Alexandria, VA 22304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| **Last 4 digits of account number** | _____ |

$ 2,500.00

---

Debtor    American Helicopters, Inc.
          Name                                                          Case number (if known)    24-11444

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Alexander Gallant
7036 Hepworth Dr

Henrico, VA 23231

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 13,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Alexander Garnet
2671 Avalon Ct
Apt 402
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 10,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Alexandra West
3705 Krysia Ct

Annandale, VA 22003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 600.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Ali Hashmi
20495 Cherrystone Pl

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 23,710.50**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Ali Mehsen
13621 Jacks Dr

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 2,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17  Nonpriority creditor's name and mailing address**

Amber Wheeler
11614 Kenton Dr

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 100,000.00

---

**3.18  Nonpriority creditor's name and mailing address**

Andrew Garver
12115 Wedgeway Ct

Fairfax, VA 22033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,500.00

---

**3.19  Nonpriority creditor's name and mailing address**

Andrew McLean
1113 R St NW

Washington, DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 625.30

---

**3.20  Nonpriority creditor's name and mailing address**

Andrew Pitale
10707 Ox Croft Court

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,300.00

---

**3.21  Nonpriority creditor's name and mailing address**

Andrew Sines
146 Northampton Blvd.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,000.00

---

Debtor  American Helicopters, Inc.
Name

Case number (if known) 24-11444

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 22  **Nonpriority creditor's name and mailing address**

Andy Weeden
17119 Belle Isle Dr.

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500.00

---

**3.** 23  **Nonpriority creditor's name and mailing address**

Anna Downing
5980 Waterflow Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,904.50

---

**3.** 24  **Nonpriority creditor's name and mailing address**

Annamarie penning
13955 Mansarde Ave
Apt 448
Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,035.00

---

**3.** 25  **Nonpriority creditor's name and mailing address**

Anthony Ferrari
8780 Brook Estates Ct

Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,200.00

---

**3.** 26  **Nonpriority creditor's name and mailing address**

Anthony Gonzalez
3424 Flint Hill Pl.

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,470.00

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Anusha Ganji
2105 Highcourt
Apt 103
Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,500.00

---

**3.28** Nonpriority creditor's name and mailing address

APP Jet Center
9998 Wakeman Dr

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

---

**3.29** Nonpriority creditor's name and mailing address

Barbera, Charles
10159 Broadsword Dr

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Barret White
5490 Middlebourne Lane

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.31** Nonpriority creditor's name and mailing address

Ben Nickell
100 Fort Pickens Rd.
Unit 206
Pensacola Beach, FL 32561

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,035.00

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Brett Estes
8659 Ruby Rise Pl

Bristow, VA 20136

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,200.00

---

**3.33** Nonpriority creditor's name and mailing address

Brett Lorenz
23633 Waterford Downs Terr

Ashburn, VA 20148

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Brian Harrington
831 Duke St.

Alexandria, VA 22314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,450.00

---

**3.35** Nonpriority creditor's name and mailing address

Brian Purdy
4737 SW 57th Drive

Gainesville, FL 32608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,000.00

---

**3.36** Nonpriority creditor's name and mailing address

Brooke Bedell
203 Yoakum PKWY
1101
Alexandria, VA 22304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,000.00

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

Bryce Martin
2068 Whisperwood Glen Ln

Reston, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 288.00

---

**3.38** **Nonpriority creditor's name and mailing address**

Caleb Weaver
2357 Huntington Station Ct

Alexandria, VA 22303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 920.70

---

**3.39** **Nonpriority creditor's name and mailing address**

Calvin Huynh-nguyen
12831 Poplar Creek Dr

Fairfax, VA 22003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,543.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Caplin & Drysdale
One Thomas Circle NW
suite 1100
Washington, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 200,000.00

---

**3.41** **Nonpriority creditor's name and mailing address**

Carl Kreisel
3160 Plantation Pkwy

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,967.00

---

Debtor    American Helicopters, Inc.
          Name

                                                    Case number (if known)    24-11444

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.42  Nonpriority creditor's name and mailing address**

Carolyn Zatloukal
26069 Grazing Ct

Aldie, VA 20105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 12,500.00

**3.43  Nonpriority creditor's name and mailing address**

Carrie Walters
5901 Quintana Ct.

Burke, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 400.00

**3.44  Nonpriority creditor's name and mailing address**

Cayden Wilcox
9920 Fisner Ford Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,000.00

**3.45  Nonpriority creditor's name and mailing address**

Cesar Ulloa
14744 Truitt Farm Dr

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 600.00

**3.46  Nonpriority creditor's name and mailing address**

Chad Prince
13320 Signal Tree Ln

Potomac, MD 20854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 40,000.00

Debtor  American Helicopters, Inc.
_____
Name

Case number (if known) 24-11444
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47 Nonpriority creditor's name and mailing address**

Charles Bobbish
11051 Birdfoot Lane

Reston, VA 20191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,800.00

---

**3.48 Nonpriority creditor's name and mailing address**

Charles Kuhn, JK Moving
6511 MEGILLS CROSSING WAY

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 80,000.00

---

**3.49 Nonpriority creditor's name and mailing address**

Charles Purcell
17055 Mountain Rd.

Montpelier, VA 23192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 13,000.00

---

**3.50 Nonpriority creditor's name and mailing address**

Charles Smith
15671 Spyglass Hill Loop

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,500.00

---

**3.51 Nonpriority creditor's name and mailing address**

Chris Baughman
9620 Allegro Dr.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 510.00

---

Debtor  American Helicopters, Inc.
       Name

Case number (if known)  24-11444

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Chris Cogar
2914 Ellenwood Dr

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,000.00

---

**3.53  Nonpriority creditor's name and mailing address**

Chris Rowe
7902 Tysons One Place
Unit 2603
McLean, VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,599.50

---

**3.54  Nonpriority creditor's name and mailing address**

Chris Single
17658 Hamilton Heights Ct

Hamilton, VA 20158

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,880.00

---

**3.55  Nonpriority creditor's name and mailing address**

Chris Trenkov
5520 Belle Pond Dr.

Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,040.00

---

**3.56  Nonpriority creditor's name and mailing address**

Chris Vasel
9285 Alvyn Lake Cir

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,844.00

---

Debtor  American Helicopters, Inc.
        Name

Case number (if known)  24-11444

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57 Nonpriority creditor's name and mailing address**

Chris Watson
8513 Towne Manor Court

Alexandria, VA 22304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 31,746.48

---

**3.58 Nonpriority creditor's name and mailing address**

Christian Brielmier
24264 Zachary Taylor Hwy

Culpeper, VA 22701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,400.00

---

**3.59 Nonpriority creditor's name and mailing address**

Christian Recalde
16541 Sherwood Pl

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 320.00

---

**3.60 Nonpriority creditor's name and mailing address**

Christopher Fazzalare
320 23rd St S

Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,000.00

---

**3.61 Nonpriority creditor's name and mailing address**

Christopher Kachouroff , Dominion Law Services
3520 Finish line Dr.

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 50,000.00

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

Christopher Salisbury
9137 Grant Avenue

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 180,000.00

---

**3.63** **Nonpriority creditor's name and mailing address**

Christopher Tonsmeire
1628 Poplar Grove Drive

Reston, VA 20194

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,500.00

---

**3.64** **Nonpriority creditor's name and mailing address**

Cindy Lotz
16714 Misty Ridge Ln

Hillsboro, VA 20132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,315.00

---

**3.65** **Nonpriority creditor's name and mailing address**

Cintas Corp
P.O. Box 630803

Cincinnati, OH 45263

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,000.00

---

**3.66** **Nonpriority creditor's name and mailing address**

Clay Carter
8112 Kane Ct.

Alexandria, VA 22308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 800.00

Debtor  American Helicopters, Inc.
_____
Name

Case number (if known) 24-11444
_____

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67** **Nonpriority creditor's name and mailing address**

Clay Wilkins
104 Anthem Ave

Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 75,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.68** **Nonpriority creditor's name and mailing address**

Clayton Percle
13101 Loth Lorian Dr

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 65,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.69** **Nonpriority creditor's name and mailing address**

Cody Kennedy
24949 Castleton Dr

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.70** **Nonpriority creditor's name and mailing address**

Cody Vassar
3095 Washburn Rd.

Bliss, NY 10424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,390.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.71** **Nonpriority creditor's name and mailing address**

Colin Caskey
6406 Lureta Ann Lane

Springfield, VA 20150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | American Helicopters, Inc. | | Case number (if known) | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72** **Nonpriority creditor's name and mailing address**

Commonwealth of VA, Workers Compensation
Commission
333 E. Franklin St

Richmond, VA 23219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,000.00

---

**3.73** **Nonpriority creditor's name and mailing address**

Conner Crilly
1201 Half St SE
Apt 1106
Washington, DC 20003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,000.00

---

**3.74** **Nonpriority creditor's name and mailing address**

Conrad Tubbs
2979 Franklin Oaks Dr

Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

**3.75** **Nonpriority creditor's name and mailing address**

Cooper Smith
9036 Lorton Station Blvd
Apt 319
Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,710.00

---

**3.76** **Nonpriority creditor's name and mailing address**

Corey Kline
5742 Moonbeam

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,450.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.77** Nonpriority creditor's name and mailing address

Craig Llewellyn
6011 Leewood Drive

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,936.75

---

**3.78** Nonpriority creditor's name and mailing address

Curt Kennedy
3844 Farrcroft Green

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,548.00

---

**3.79** Nonpriority creditor's name and mailing address

Curtis Smith
2083 Alder Ln

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,475.00

---

**3.80** Nonpriority creditor's name and mailing address

Cyber Technology Services Inc
27427 Montana Hwy 83

Big Fork, MT 59911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 97,500.00

---

**3.81** Nonpriority creditor's name and mailing address

D. Kotambage
25098 Magnetite Ter.

Aldie, VA 20105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 350.40

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **82**   **Nonpriority creditor's name and mailing address**

Dan Miller
5620 Arrowfield Terrace

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 900.00

---

**3.** **83**   **Nonpriority creditor's name and mailing address**

Daniel Baybayan
5742 Janneys Mill Cir

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.** **84**   **Nonpriority creditor's name and mailing address**

Daniel Denfinis
4137 Weeping Willow Ct

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,000.00

---

**3.** **85**   **Nonpriority creditor's name and mailing address**

Daniel Smith
279 Carefree Lane

Boyce, VA 22620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.** **86**   **Nonpriority creditor's name and mailing address**

Daniel Zimmerman
3046 Hickory Grove Ct

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 52,500.00

Debtor _____   Case number _(if known)_ _24-11444_
       American Helicopters, Inc.
       Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87** | **Nonpriority creditor's name and mailing address**

Danny Miller
12207 Woodlark Ct.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 130,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.88** | **Nonpriority creditor's name and mailing address**

Danny Poulsen
2103 Kings Mill Ct

Falls Church, VA 22043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,334.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.89** | **Nonpriority creditor's name and mailing address**

Darius Sanders
101 Seth Dr

Fredericksburg, VA 20406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 6,600.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.90** | **Nonpriority creditor's name and mailing address**

Darren Smith
311 Cutter Cove

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 95,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.91** | **Nonpriority creditor's name and mailing address**

David Fink
8129 Mount Vernon Hwy

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  American Helicopters, Inc.                                    Case number *(if known)*  24-11444
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.92** **Nonpriority creditor's name and mailing address**

David Gigrich
9202 Forest Greens Drive

Lorton, VA 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,236.20**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.93** **Nonpriority creditor's name and mailing address**

David Leipnik, Gross, Mendelsohn & Associates
1801 Porter St
Ste 500
Baltimore, MD 21230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 25,000.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.94** **Nonpriority creditor's name and mailing address**

David Mills
7514 Edington Drive

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 4,800.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.95** **Nonpriority creditor's name and mailing address**

David Rochez
467 Inca Rd.

Linden, VA 22642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,700.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.96** **Nonpriority creditor's name and mailing address**

David T. Mulligan deceased (estate), Video Dynamics Inc
14000 Thunder Bolt Place
#A
Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 450,000.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Debtor | American Helicopters, Inc. | | Case number *(if known)* | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.__97__** **Nonpriority creditor's name and mailing address**

David Tompkins
8101 Hawthorne Rd

Bethesda, MD 20817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,940.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__98__** **Nonpriority creditor's name and mailing address**

David Wells
5990 Richmond HWY
Apt 1311
Alexandria, VA 22303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,200.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__99__** **Nonpriority creditor's name and mailing address**

Davis and Goldmark, Inc
PO Box 2009.

Riverside, CA 92516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 896.63

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__100__** **Nonpriority creditor's name and mailing address**

Deeb Maalouf
10022 Crest Hill Road

Marshall, VA 20115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.__101__** **Nonpriority creditor's name and mailing address**

Demetrios Gellios
5155 Echols Ave

Alexandria, VA 22311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    American Helicopters, Inc.
_____
    Name

Case number (if known) 24-11444

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 102  **Nonpriority creditor's name and mailing address**

Derek Hufty
6013 Sherburn Ln.

Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 5,470.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 103  **Nonpriority creditor's name and mailing address**

Derek Sandler
6572 Wellspring Ct

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,900.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 104  **Nonpriority creditor's name and mailing address**

Devin Lynch
79 Potomac Ave SE
Apt 946
Washington, DC 20003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 17,625.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 105  **Nonpriority creditor's name and mailing address**

Devin Purifoy
8614 Braddock Ave

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,300.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Dhelbi Pullen
1221 S Eads St.
Apt 304
Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,740.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor  __American Helicopters, Inc._____    Case number _(if known)_ __24-11444_____
        Name

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |  |

**3.** 107  **Nonpriority creditor's name and mailing address**

Dhruva Poluru
13368 Arrowbrook Centre Dr

Herndon, VA 22171

**As of the petition filing date, the claim is:**     $ 4,580.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 108  **Nonpriority creditor's name and mailing address**

Don Kang
12829 Shadow Oak Ln

Fairfax, VA 22033

**As of the petition filing date, the claim is:**     $ 2,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 109  **Nonpriority creditor's name and mailing address**

Don Shields
904 Hoptor Rd.

Woodbridge, VA 20191

**As of the petition filing date, the claim is:**     $ 11,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 110  **Nonpriority creditor's name and mailing address**

Donald D and Deborah L Harris
PO Box 129

Brandywine, WV 26802

**As of the petition filing date, the claim is:**     $ 90,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

**3.** 111  **Nonpriority creditor's name and mailing address**

Doug Bouton
7704 Cumbertree Ct

Springfield, VA 22153

**As of the petition filing date, the claim is:**     $ 11,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| Last 4 digits of account number | _____ | ☑ No   ☐ Yes |

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112 **Nonpriority creditor's name and mailing address**

Drew Smith
8131 Corromar way

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6,710.00

---

**3.** 113 **Nonpriority creditor's name and mailing address**

Dulles Aviation Inc
13141 Flynn Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 455,000.00

---

**3.** 114 **Nonpriority creditor's name and mailing address**

Dylan Stephan
4723 Benjamin Cross Ct

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 40,000.00

---

**3.** 115 **Nonpriority creditor's name and mailing address**

EBCO Insurance
3070 Five Forks Trickum Road

Lilburn, GA 30047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 20,000.00

---

**3.** 116 **Nonpriority creditor's name and mailing address**

Ediriwanna Wimalkantha
4352 lee highway
Apt. G2
Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,000.00

---

Debtor __American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.117**    **Nonpriority creditor's name and mailing address**

Eka Renardi
24458 Juniper Wood Ter

Sterling, VA 20166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 12,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.118**    **Nonpriority creditor's name and mailing address**

Electrical Solutions LLC
6011 Leewood Drive

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 25,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.119**    **Nonpriority creditor's name and mailing address**

Eric H. Norby c/o Woodburn Nuclear Medicine
3289 Woodburn Rd
Ste 060
Annandale, VA 22003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 1,500,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.120**    **Nonpriority creditor's name and mailing address**

Eric Johnson
5517 Roan Chapel Dr

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 475.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.121**    **Nonpriority creditor's name and mailing address**

Eric Marcus
10484 Blue Spruce Ct

McGaheysville, VA 22840

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 1,900.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 122  **Nonpriority creditor's name and mailing address**

Eric Schmidt
3601 Fairafx Dr
#718
Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,800.00

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Eric Shearer
10300 Moore Drive

Manassas, VA 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 12,900.00

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Eric Silva
4108 Crescent Hills Dr

Haymarket, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,463.00

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Eric Treworgy
7370 Iron Bit Dr.

Warrenton, VA 20186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 850.08

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Eric Wohlrab
3463 Madelyn Ct.

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,300.00

---

Debtor    American Helicopters, Inc.
_____
Name

Case number (if known)    24-11444

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 127  **Nonpriority creditor's name and mailing address**

Erick Osorio
8790 Deblanc Place

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,600.00

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Executive Law Partners
11130 Fairfax Blvd
Ste 303
Fairfax, VA 22030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 20,000.00

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Fabian Kluessendorf
3411 Slade Ct

Falls Church, VA 22042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,160.00

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Faria Jalala
6333 Glenbard Road

Springfield, VA 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,315.00

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Fawaz Rudd
7592 Aspenpark Rd

Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 763.21

---

| Debtor | American Helicopters, Inc. | | Case number *(if known)* 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

Firdu Bati
8125 American Holly Rd.

Lorton, VA 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,032.70

---

**3.133** Nonpriority creditor's name and mailing address

Fly Z LLC
9200 Dorothy Lane

Springfield, VA 22193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3.134** Nonpriority creditor's name and mailing address

Foster Sheehan
1250 High Knob Rd.

Front Royal, VA 20630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500.00

---

**3.135** Nonpriority creditor's name and mailing address

Fransisco Rivera
1211 S. Eads Street
APT 801
Arlington, VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

**3.136** Nonpriority creditor's name and mailing address

Frost Law, Eli Noff
839 Bestgate Rd
Ste 400
Annapolis, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,000.00

---

Debtor _____American Helicopters, Inc._____    Case number (if known) ___24-11444___
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.137** **Nonpriority creditor's name and mailing address**

Geoff Harrison
12684 Catawba Drive

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

---

**3.138** **Nonpriority creditor's name and mailing address**

George Wyse
3705 Arctic Blvd
#537
Anchorage, AK 95503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,000.00

---

**3.139** **Nonpriority creditor's name and mailing address**

Gerald Kavinski
8601 Howrey Ct

Annandale, VA 22003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,500.00

---

**3.140** **Nonpriority creditor's name and mailing address**

Ghazi Waqas
28 Bayberry Rd

Bolton, CT 6043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 900.00

---

**3.141** **Nonpriority creditor's name and mailing address**

Gilbert Coshland, Coshland Aviation LLC
2282 Dosinia Court

Reston, VA 20191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 95,000.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142  Nonpriority creditor's name and mailing address

Glenn Tonnessen
1309 Wedgewood Manor Way

Reston, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 55,000.00

---

**3.** 143  Nonpriority creditor's name and mailing address

Gordan Ramsay
10305 Bridgetown Pl

Burke, VA 22015

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 9,200.00

---

**3.** 144  Nonpriority creditor's name and mailing address

Grace Nietvelt
14403 Black Horse CT.

Centreville, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 30,000.00

---

**3.** 145  Nonpriority creditor's name and mailing address

Greg Hermanson
718 Belmont Bay Drive

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,032.00

---

**3.** 146  Nonpriority creditor's name and mailing address

Gregory Mitchell
900 N Stuart St
Unit 722
Arlington, VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,150.00

---

Debtor _____American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
         Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** _147_ **Nonpriority creditor's name and mailing address**

Haileigh Taylor
8950 Academic Loop
Apt 101
Ashburn, VA 20109

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 52,000.00

---

**3.** _148_ **Nonpriority creditor's name and mailing address**

Hank Bowden
5509 Namakagan Rd

Bethesda, MD 20816

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 45,000.00

---

**3.** _149_ **Nonpriority creditor's name and mailing address**

Heartland
1 Heartland Way

Jeffersonville, IN 47130

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 35,000.00

---

**3.** _150_ **Nonpriority creditor's name and mailing address**

Hugo Cabella
42310 Benfold Sq

Brambleton, VA 20148

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,000.00

---

**3.** _151_ **Nonpriority creditor's name and mailing address**

Ian Oconell
15236 Warbler Ct.

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,159.00

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__152__  Nonpriority creditor's name and mailing address**

Igor Volovich
3262 Lauristou pl

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.__153__  Nonpriority creditor's name and mailing address**

IPFS Corporation
3522 Thomasville Rd
Ste 400
Tallahassee, FL 32309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 50,580.51

---

**3.__154__  Nonpriority creditor's name and mailing address**

Isaac Horne
4308 Brandywine St NW

Washington, DC 20016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,375.00

---

**3.__155__  Nonpriority creditor's name and mailing address**

JA Hawk Leasong LLC
43W700 US Route 30

Sugar Groove, IL 60554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 125,000.00

---

**3.__156__  Nonpriority creditor's name and mailing address**

Jack Colby
10416 Heritage Landing Rd

Burke, VA 22015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,500.00

---

| Debtor | American Helicopters, Inc. | | Case number (if known) | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 157  **Nonpriority creditor's name and mailing address**

Jack Jarvis
6621 Cavalier Dr

Alexandria, VA 22307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,902.50

---

**3.** 158  **Nonpriority creditor's name and mailing address**

Jack Williard
112B N Bedford St.

Arlington, VA 22201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,000.00

---

**3.** 159  **Nonpriority creditor's name and mailing address**

Jackson Sharpe
7418 Old Maple Sq

McLean VA, VA 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,600.00

---

**3.** 160  **Nonpriority creditor's name and mailing address**

Jacob Doumitt
16656 Leocrie Pl

Woodbridge, VA 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,150.00

---

**3.** 161  **Nonpriority creditor's name and mailing address**

Jacob Patrick
4538 34th St S

Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 950.00

---

Debtor _____American Helicopters, Inc._____   Case number *(if known)* __24-11444__
         Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 162  **Nonpriority creditor's name and mailing address**

Jaime Lopera
13919 Baton Rouge Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 163  **Nonpriority creditor's name and mailing address**

James A Metcalf, Jr, Yona, Inc.
7003 Kodiak Ct.

Manassas, VA 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 70,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 164  **Nonpriority creditor's name and mailing address**

James Bentley
129 Fleetwood Ter

Silver Spring, MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,250.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 165  **Nonpriority creditor's name and mailing address**

James E. and Gail Lesnick
8906 Warwicke lane

Sherrills Ford, NC 28673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 166  **Nonpriority creditor's name and mailing address**

James Havens
6555 America Way

Bealeton, VA 22712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,796.30

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor __American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 167  **Nonpriority creditor's name and mailing address**

James Porter
10483 Coral Berry Dr

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 125,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 168  **Nonpriority creditor's name and mailing address**

James Qu
13330 Horsepen Woods Ln

Oak Hill, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,662.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 169  **Nonpriority creditor's name and mailing address**

James W. VanLuven, TTE VAN LUVEN TRUST
6311 Liberty Road

Bealeton, VA 22712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 275,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 170  **Nonpriority creditor's name and mailing address**

Jamshidi
5756 Village Green Dr
Apt 130
Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 171  **Nonpriority creditor's name and mailing address**

Janet Prall
5904 Accomac Street

Springfield, VA 22150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 21,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⌐172⌐ **Nonpriority creditor's name and mailing address**

Janice Debro
9816 Earls Ferry Circle

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,500.00

---

**3.** ⌐173⌐ **Nonpriority creditor's name and mailing address**

Janith Kanaganayagam
5867 Tulloch Spring Ct

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,000.00

---

**3.** ⌐174⌐ **Nonpriority creditor's name and mailing address**

Jared Lane
1359 W. Queen St

Hampton, VA 23669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,500.00

---

**3.** ⌐175⌐ **Nonpriority creditor's name and mailing address**

Jason Chen
3014 Heritage Farm Ct

Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 187.35

---

**3.** ⌐176⌐ **Nonpriority creditor's name and mailing address**

Jason Hamilton
78 Main Street

Round Hill, VA 20141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,950.00

---

Debtor    American Helicopters, Inc.
Name

Case number (if known)   24-11444

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3. 177   **Nonpriority creditor's name and mailing address**

Jason Pizzillo
9088 Park Ave

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00

**Basis for the claim:**  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 178   **Nonpriority creditor's name and mailing address**

Jason Snook
24 Hubbard Ct.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,625.00

**Basis for the claim:**  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 179   **Nonpriority creditor's name and mailing address**

Javier Tort Fuentes
3004 Sayre Rd

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 255.00

**Basis for the claim:**  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 180   **Nonpriority creditor's name and mailing address**

Jay Giezen
5289 Meadow Estates

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,455.00

**Basis for the claim:**  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3. 181   **Nonpriority creditor's name and mailing address**

Jayadeep Saravanan
2703 Bowling Green Dr

Vienna, VA 20180

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,225.00

**Basis for the claim:**  Credit Card Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**182 **Nonpriority creditor's name and mailing address**

Jayant Das
6612 Cedar Spring Rd

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,860.00

**3.**183 **Nonpriority creditor's name and mailing address**

Jeff Bush
Lake Rivanna Ct

Lake ridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,000.00

**3.**184 **Nonpriority creditor's name and mailing address**

Jeff Kemp
5865 Trinity Parkway
Apt 422
Centreville, VA 20120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,100.00

**3.**185 **Nonpriority creditor's name and mailing address**

Jeff Sharp
23055 Glenwood Heights Cir

Brambleton, VA 20148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,850.00

**3.**186 **Nonpriority creditor's name and mailing address**

Jeffrey Peters
5051 Grand Beach Ct

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**187  **Nonpriority creditor's name and mailing address**

Jeremiah Roe
13190 Flynn Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,688.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**188  **Nonpriority creditor's name and mailing address**

Jeremy Hanson
5103 Fort Ellsworth Ct.

Alexandria, VA 22310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,500.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**189  **Nonpriority creditor's name and mailing address**

Jeremy Sumruld
6409 2nd Street

Alexandria, VA 22312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,500.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**190  **Nonpriority creditor's name and mailing address**

Jerod Burns
41 Kellogg Ct

Fredericksburg, VA 22406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,590.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**191  **Nonpriority creditor's name and mailing address**

Jian Qiao
8930 Edmonston Dr

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 12,000.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    American Helicopters, Inc.
          Name

          Case number (if known)  24-11444

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192    Nonpriority creditor's name and mailing address**

Jim Blaney
9173 Stonegarden Dr

Lorton, VA 22079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,500.00

---

**3.193    Nonpriority creditor's name and mailing address**

Joe Rufka
2001 15th St. N.
Apt 7074
Arlington, VA 22201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 78.50

---

**3.194    Nonpriority creditor's name and mailing address**

Joel Pederigan
11800 Laurestine Way
Apt 413
Manassas, VA 20109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,500.00

---

**3.195    Nonpriority creditor's name and mailing address**

Johan Van Der Renst
9502 Vinnia Court

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,850.00

---

**3.196    Nonpriority creditor's name and mailing address**

John Barass
2506 Coulter Ln

Oakton, VA 22124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35,000.00

Debtor _____American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.197** **Nonpriority creditor's name and mailing address**

John Bender
15704 Foleys Mill Place

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 52,000.00

---

**3.198** **Nonpriority creditor's name and mailing address**

John Blaine
8191 Strawberry Ln
Apt 114
Falls Church, VA 22042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,816.00

---

**3.199** **Nonpriority creditor's name and mailing address**

John Haas
8221 Greenwich

Catlett, VA 20119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 900.00

---

**3.200** **Nonpriority creditor's name and mailing address**

John Keiser
13828 S Springs Dr

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 870.00

---

**3.201** **Nonpriority creditor's name and mailing address**

John Mahoney
7741 Carrleigh Pkwy

Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,000.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b>   Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.202**   **Nonpriority creditor's name and mailing address**

John Marsh
2035 Park Rd NW

Washington, VA 20010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 18,500.00

---

**3.203**   **Nonpriority creditor's name and mailing address**

John McCourt
12371 Southington Dr.

Woodbridge, VA 20192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 5,346.20

---

**3.204**   **Nonpriority creditor's name and mailing address**

John Nilsen
1941 N Cameron St
Apt 7
Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 900.00

---

**3.205**   **Nonpriority creditor's name and mailing address**

John Powers
15526 Barrington Place

Dumfries, VA 22025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,580.00

---

**3.206**   **Nonpriority creditor's name and mailing address**

John White
10117 Copeland Drive

Manassas, VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 4,000.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 207 **Nonpriority creditor's name and mailing address**

Jon VanZandt
8616 Stonewall Rd

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,700.00

---

**3.** 208 **Nonpriority creditor's name and mailing address**

Jonathan Santella
14436 Alps Dr.

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

---

**3.** 209 **Nonpriority creditor's name and mailing address**

Jonathan Wheatley
8345 Windfall Rd

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,400.00

---

**3.** 210 **Nonpriority creditor's name and mailing address**

Jonathon Faught
13060 Saint Andrews Ct

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.** 211 **Nonpriority creditor's name and mailing address**

Jordan Rose
13633 Forest Pond Ct

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 850.00

---

Debtor    American Helicopters, Inc.    Case number *(if known)*    24-11444
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** Nonpriority creditor's name and mailing address

Joseph Bailus
8690 Nagle St

Manassas, VA 20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,000.00

---

**3.213** Nonpriority creditor's name and mailing address

Joseph Bechtold
544 7th st SE

Washington, DC 20003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 150,000.00

---

**3.214** Nonpriority creditor's name and mailing address

Joseph Block
1200 N Herndon St
Apt 603
Arlington, VA 22201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,000.00

---

**3.215** Nonpriority creditor's name and mailing address

Joseph Elkhoury
901 N Pollard St
APT 311
Arlington, VA 22203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,400.00

---

**3.216** Nonpriority creditor's name and mailing address

Joseph Gatt
105 Jefferson Run Rd

Great Falls, VA 22066

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,500.00

---

| Debtor | American Helicopters, Inc. | | Case number *(if known)* 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217  Nonpriority creditor's name and mailing address**

Joseph Hanin
11330 Edenberry Dr

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,775.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.218  Nonpriority creditor's name and mailing address**

Joseph Wasylishin
3537 S. George Mason Dr
APT D209
Alexandria, VA 22302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.219  Nonpriority creditor's name and mailing address**

Joshua Kless
8301 Periwinkle Pl

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 402.60

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.220  Nonpriority creditor's name and mailing address**

Joshua McCreary
102 Brittany Lane

Suffolk, VA 23435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.221  Nonpriority creditor's name and mailing address**

Joshua Rusnak
13607 Post Oak Ct.

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  American Helicopters, Inc.    Case number *(if known)*  24-11444

Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**__222__  **Nonpriority creditor's name and mailing address**

Juan Perdomo
25453 Brickell Dr

Chantilly, VA 22152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 2,300.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**__223__  **Nonpriority creditor's name and mailing address**

Julia Sherrill
13461 Lake Shore Road

Herndon, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 3,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**__224__  **Nonpriority creditor's name and mailing address**

Julie Baumgart
12933 Vixen Ct

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 11,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**__225__  **Nonpriority creditor's name and mailing address**

Junaid Zulfigar
10806 Valley Falls Ct

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 12,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.**__226__  **Nonpriority creditor's name and mailing address**

Justin Draeger
11131 Tattersall Trl

Oakton, VA 22124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 3,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor  _American Helicopters, Inc._____  Case number _(if known)_ _24-11444_
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3. **227**   **Nonpriority creditor's name and mailing address**

Justin Repko
42370 Alder Forest Ter

Sterling, VA 20166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,500.00

---

3. **228**   **Nonpriority creditor's name and mailing address**

Justin Schmidle
3027 Borgman Rd

Kingwood, WV 26537

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,700.00

---

3. **229**   **Nonpriority creditor's name and mailing address**

Kalli Boyne
1901 Avenida Joaquin

Encinitas, CA 92024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,900.00

---

3. **230**   **Nonpriority creditor's name and mailing address**

Katalin Gaitin Ambrozy
12758 Stone Lined Circle

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 850.00

---

3. **231**   **Nonpriority creditor's name and mailing address**

Keith Zuegel
9200 Dorothy Lane

Springfield, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 30,000.00

---

Debtor  American Helicopters, Inc.
_____
Name

Case number (if known) 24-11444
_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.232** **Nonpriority creditor's name and mailing address**

Kelly Lloyd
8690 Cobb Rd

Manassas, VA 20112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 418.00

---

**3.233** **Nonpriority creditor's name and mailing address**

Kenneth Baltrinic
10685 Burwell Road

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 11,500.00

---

**3.234** **Nonpriority creditor's name and mailing address**

Kevin Roll
2282 Dosinia Court

Newport News, VA 23602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 130,000.00

---

**3.235** **Nonpriority creditor's name and mailing address**

Khalif Thomas
20759 Ridgehaven Ter
Apt 204
Sterling, VA 20165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 7,222.00

---

**3.236** **Nonpriority creditor's name and mailing address**

Kim Pavlovic
1024 N Utah St
526
Arlington, VA 22201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 16,000.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.__237__** Nonpriority creditor's name and mailing address

Kim Pollard
5421 Hudson Rd.

Fort Belvoir, MD 22060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.__238__** Nonpriority creditor's name and mailing address

Kimo Lee
7006 Stone Inlet Dr.

Fort Belvoir, VA 22060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,700.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.__239__** Nonpriority creditor's name and mailing address

Kokoszka
300 Yoakum Parkway
Apt 522
Alexandria, VA 22304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,694.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.__240__** Nonpriority creditor's name and mailing address

Kristopher Reeve
3821 Wagon Wheel Ln

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.__241__** Nonpriority creditor's name and mailing address

Kuehn Family Trust, R. Michael Kuehn & Susan
P. Kuehn
10505 DUNN MEADOW RD

Vienna, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242  Nonpriority creditor's name and mailing address**

Kyle Gurgick
43883 Stronghold Ct

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500.00

**3.243  Nonpriority creditor's name and mailing address**

Kyle Porter
8706 Stone Hill

Springfield, VA 22153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

**3.244  Nonpriority creditor's name and mailing address**

Labuda
6721 Huntsman Blvd

Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,000.00

**3.245  Nonpriority creditor's name and mailing address**

Lamyl Hammoudi
5954 Sunderleigh Dr

Sunderland, MD 20689

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,330.00

**3.246  Nonpriority creditor's name and mailing address**

Larissa Conttril
1505 Crystal Dr
Apt 813
Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,660.00

Debtor __American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.247** **Nonpriority creditor's name and mailing address**

Larsen
6029 18th Street N

Arlington, VA 22205

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

$ 1,069.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

Lauren Baybayan
5743 Janneys Mill Cir

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

$ 13,150.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

Lauren Duvall
5706 Harrison House Court

Centreville, VA 20120

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

$ 1,395.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

Lauren Flanders
1145 Meadow Fork Rd

Provo, UT 84604

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

$ 3,600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

Lehew
3229 Signal Hill Ln

Catlett, VA 20119

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Credit Card Debt

$ 665.15

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor  American Helicopters, Inc.
_____
Name

Case number *(if known)* 24-11444

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.252** Nonpriority creditor's name and mailing address

Lemieux
12380 Washington Brice Rd.

Fairfax, VA 22033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.253** Nonpriority creditor's name and mailing address

Lewis Maxwell c/o Ronald Stern, Esq
1800 Diagonal Road
Ste 600
Alexandria, VA 22314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,019.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.254** Nonpriority creditor's name and mailing address

Lisbeth Russel
9822 Five Oaks Rd

Fairfax, VA 22031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.255** Nonpriority creditor's name and mailing address

Luca Roseano
5905 Dewey Dr.

Alexandria, VA 22310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.256** Nonpriority creditor's name and mailing address

Luis Lugo
3666 Russell Rd.

Woodbridge, VA 22192

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | American Helicopters, Inc. | | Case number *(if known)* | 24-11444 |
| | Name | | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 257 **Nonpriority creditor's name and mailing address**

Luis Quinonez
9504 Mooregate Ct

Lorton, VA 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,616.00

---

**3.** 258 **Nonpriority creditor's name and mailing address**

Madeleine Knapp
640 John Carlyle St.
Apt 406
Alexandria, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 780.00

---

**3.** 259 **Nonpriority creditor's name and mailing address**

Mahmood Arsalan
2137 Whisper Way

Reston, VA 20191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 700.00

---

**3.** 260 **Nonpriority creditor's name and mailing address**

Malia Nelson
103 Almond Ct.

Sterling, VA 20164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,000.00

---

**3.** 261 **Nonpriority creditor's name and mailing address**

Manley R Alford
10422 Labrador Loop

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,000.00

---

Debtor __American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.262** **Nonpriority creditor's name and mailing address**

Marco Moran
25061 Praire Fire Sq

Aldie, VA 20105

**As of the petition filing date, the claim is:** $4,380.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.263** **Nonpriority creditor's name and mailing address**

Marianne Hallet
9712 Handerson Pl Unit
Unit 406
Manassas Park, VA 20111

**As of the petition filing date, the claim is:** $230,000.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.264** **Nonpriority creditor's name and mailing address**

Mario Nardoni
11906 Waterton Lake Lane

Bristow, VA 20136

**As of the petition filing date, the claim is:** $5,040.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.265** **Nonpriority creditor's name and mailing address**

Mark Hoffman
5601 Western Ave NW

Washington, DC 20015

**As of the petition filing date, the claim is:** $6,790.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.266** **Nonpriority creditor's name and mailing address**

Mark Odell
267 Seltenhorst Ln

Bluemont, VA 20135

**As of the petition filing date, the claim is:** $788.32
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____American Helicopters, Inc._____     Case number _(if known)_ __24-11444__
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 267  **Nonpriority creditor's name and mailing address**

Mark Orth
2924 Hideaway

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 268  **Nonpriority creditor's name and mailing address**

Mark Walters
5707 Ridgedale Dr

Woodbridge, VA 20193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,560.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 269  **Nonpriority creditor's name and mailing address**

Marlene Menard
4501 Tarpon Lane

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 270  **Nonpriority creditor's name and mailing address**

Martin Ndichu
204 Lee Street

Gaithersburg, MD 20877

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 207.40

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 271  **Nonpriority creditor's name and mailing address**

Matt Mumback
9720 Limoges Dr

Fairfax, VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor __American Helicopters, Inc._____  Case number (if known) __24-11444____
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.272** **Nonpriority creditor's name and mailing address**

Matt Rising
7313 Jenna Rd.

Springfield, VA 22153

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,800.00

---

**3.273** **Nonpriority creditor's name and mailing address**

Matthew Birski
6525 Old Carriage Ln

Alexandria, VA 22315

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

---

**3.274** **Nonpriority creditor's name and mailing address**

Matthew Dankowski
7144 Little Thames Dr

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,180.00

---

**3.275** **Nonpriority creditor's name and mailing address**

Matthew Weser
615 Swann Ave
Apt. 544
Alexandria, VA 22301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.00

---

**3.276** **Nonpriority creditor's name and mailing address**

Maxwell Thorpe
4004 Latham Dr

Haymarket, VA 20169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 935.00

---

Debtor _____American Helicopters, Inc._____   Case number *(if known)*___24-11444____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**<u>277</u>  **Nonpriority creditor's name and mailing address**

Merna Youssef
5217 Squires Ct.

Roanoke, VA 24018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>278</u>  **Nonpriority creditor's name and mailing address**

Meron Bekele
5571 Vincent Gate Terr
Unit 1432
Alexandria, VA 22312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>279</u>  **Nonpriority creditor's name and mailing address**

Merrifield Garden Center, Robert Warhurst Re:
N213AW
6895 Wellington Rd

Gainesville, VA 20156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>280</u>  **Nonpriority creditor's name and mailing address**

Micahel Chung
2467 Windbreak Drive

Alexandria, VA 22306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.**<u>281</u>  **Nonpriority creditor's name and mailing address**

Michael Boyd
113 Rosebrook Ct NW

Leesburg, VA 20176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor __American Helicopters, Inc._____    Case number _(if known)__ 24-11444____
　　　　Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 282  **Nonpriority creditor's name and mailing address**

Michael Butler
13816 Braddock Springs Rd
Apt K
Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 7,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 283  **Nonpriority creditor's name and mailing address**

Michael Chittenden
5306 Atlee Pl

Springfield, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,900.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 284  **Nonpriority creditor's name and mailing address**

Michael Ffitzgerald
3971 26th St. N

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 80,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 285  **Nonpriority creditor's name and mailing address**

Michael Fitzgerald
3971 26th St. N

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,826.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 286  **Nonpriority creditor's name and mailing address**

Michael Glaccum
7813 Lakeland Valley Drive

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.287** Nonpriority creditor's name and mailing address

Michael Hasz
1503 North Village Rd

Reston, VA 20194

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 550,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address

Michael Malinoski
P.O. Box 2641

Fairfax, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 225,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address

Michael McDermott
5301 Esabell Ct

Fairfax, VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** Nonpriority creditor's name and mailing address

Michael Paulus
1011 Highland Rd

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** Nonpriority creditor's name and mailing address

Miller J Michael
14311 Mountain Valley Rd.

Broadway, VA 22815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,150.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____American Helicopters, Inc._____   Case number _(if known)_ __24-11444__
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 292  **Nonpriority creditor's name and mailing address**

Mohammed Salah
20672 Reserve Falls Ter

Sterling, VA 20165

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 2,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 293  **Nonpriority creditor's name and mailing address**

Muhammad Prizada
8622 Artillery Road

Manassas, VA 20110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 9,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 294  **Nonpriority creditor's name and mailing address**

Najee Ross
69 Barclay Ln

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 40,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 295  **Nonpriority creditor's name and mailing address**

Nanette Barrett
8515 GLENN LEIGH DR

Spring, TX 77379

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 5,700.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 296  **Nonpriority creditor's name and mailing address**

Natalie Chappell
11371 Spring Hollow Ln

Rixeyville, VA 22737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,860.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Helicopters, Inc. | | Case number (if known) | 24-11444 |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 297   **Nonpriority creditor's name and mailing address**

Nate Young
4283 Embassy Park Dr NW

Washington, DC 20016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 500.00

---

**3.** 298   **Nonpriority creditor's name and mailing address**

Nathan Dion
10195 Chinkapin Drive

Manassas, VA 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 1,000.00

---

**3.** 299   **Nonpriority creditor's name and mailing address**

Nathan Dolan
3592 Water Birch Ct

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 55,000.00

---

**3.** 300   **Nonpriority creditor's name and mailing address**

Nathan Sands
7700 Jewelweed Ct

Springfield, VA 20152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 7,200.00

---

**3.** 301   **Nonpriority creditor's name and mailing address**

Nick Morales
2859 26Th St N

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 1,612.00

---

Debtor ___American Helicopters, Inc._____    Case number _(if known)_ _24-11444_
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 302   **Nonpriority creditor's name and mailing address**

Nicolas Hardy
6093 Oust Ln

Woodbridge, VA 22193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 303   **Nonpriority creditor's name and mailing address**

Nielson Aviation
434 Lorraine Blvd

Los Angeles, CA 90020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 304   **Nonpriority creditor's name and mailing address**

Nilesh Lal
41542 Carriage Horse Drive

Aldie, VA 20105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,762.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 305   **Nonpriority creditor's name and mailing address**

Nimish Sabharwal
25444 Quadrille Ct

Aldie, VA 22448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 306   **Nonpriority creditor's name and mailing address**

Nolan Warning
2330 Dulles Station Blvd
apt 2210
Herndon, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,673.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    American Helicopters, Inc.    Case number *(if known)*    24-11444
_____
Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 307 | **Nonpriority creditor's name and mailing address**

Nolin Drayton
2700 Dorr Avenue
Unit 1021
Fairfax, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 308 | **Nonpriority creditor's name and mailing address**

November Alpha
434 Lorraine Blvd

Los Angeles, CA 90020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 309 | **Nonpriority creditor's name and mailing address**

Oliver Pound
4416 Duncan Dr.

Annandale, VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,870.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 310 | **Nonpriority creditor's name and mailing address**

Olivia Fowler
3000 Washington Blvd

Arlington, VA 22201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,300.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 311 | **Nonpriority creditor's name and mailing address**

Orla Brady
10749 River Run Dr.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,900.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.312 Nonpriority creditor's name and mailing address**

Orlando Rivera
10116 Crashing Thunder Pl

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 54,000.00

---

**3.313 Nonpriority creditor's name and mailing address**

Ospnia-Villada
154 Washington St.

Occoquan, VA 22125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,181.50

---

**3.314 Nonpriority creditor's name and mailing address**

Pat Marsh, JP4-Inc
4432 Southern Business Park Dr

White Plains, MD 20695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 18,000.00

---

**3.315 Nonpriority creditor's name and mailing address**

Patrick Russell
2340 Old Trail Dr

Reston, VA 22191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 729.58

---

**3.316 Nonpriority creditor's name and mailing address**

Paul Dean
7755 New Providence Drive
APT 58
Falls Church, VA 22042

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

Debtor  American Helicopters, Inc.                              Case number *(if known)*  24-11444
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 317  **Nonpriority creditor's name and mailing address**

Paul Gracy
P.O. Box 10283

McLean, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 65,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 318  **Nonpriority creditor's name and mailing address**

Paul Moriarty
7323 Toler Dr.

Nokesville, VA 20181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 319  **Nonpriority creditor's name and mailing address**

Paul Muirhead
13750 Restina Rd

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,550.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 320  **Nonpriority creditor's name and mailing address**

Paul Richter
12002 Robin Drive

Catharpin, VA 20143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 321  **Nonpriority creditor's name and mailing address**

Pete Corraro
13408 Perimeter Dr

Fredericksburg, VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.322** Nonpriority creditor's name and mailing address

Peter Jackson
7398 Roxbury Ave

Manassas, VA 22019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,600.00

---

**3.323** Nonpriority creditor's name and mailing address

Philip Williams
305 Sunny Hill Ct

Stafford, VA 22554

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3.324** Nonpriority creditor's name and mailing address

Rafael Orellano
14086 Winding Ridge Ln

Centreville, VA 20121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,500.00

---

**3.325** Nonpriority creditor's name and mailing address

Rafael Via Queveda
9512 Tarvie Circle

Bristow, VA 20136

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,000.00

---

**3.326** Nonpriority creditor's name and mailing address

Randolph Williams LWR Aircrafts Sales
PO Box 789

Sterling, VA 20167

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 255,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  American Helicopters, Inc.
_____
Name

Case number (if known) 24-11444
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 327  **Nonpriority creditor's name and mailing address**

Randy Bissett
7231 pinewood St

Falls Church, VA 22046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 7,000.00

---

**3.** 328  **Nonpriority creditor's name and mailing address**

Randy Serrano
2465 Army Navy Dr
#403
Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 650.00

---

**3.** 329  **Nonpriority creditor's name and mailing address**

Rebecca Box
2600 E Cary St
Apt 4118
Richmond, VA 23223

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 600.00

---

**3.** 330  **Nonpriority creditor's name and mailing address**

Redwan Ziadeh
5601 Seminary Rd
Apt 2113N
Falls Church, VA 22041

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 15,000.00

---

**3.** 331  **Nonpriority creditor's name and mailing address**

Reginald D and Kimberly S. Boudinot
P.O. Box 1070.

White Stone, VA 22578

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 450,000.00

---

Debtor _____American Helicopters, Inc._____     Case number *(if known)* ___24-11444___
              Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 332 | **Nonpriority creditor's name and mailing address**

Rhain Epply
5227 Blossom Hill Drive

Haymarket, VA 20163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9,975.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 333 | **Nonpriority creditor's name and mailing address**

Rhett Walters
204 Scaleby Ln.

Boyce, VA 22620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8,800.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 334 | **Nonpriority creditor's name and mailing address**

Rich Jones
7155 Barry Rd.

Alexandria, VA 22315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 9,000.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 335 | **Nonpriority creditor's name and mailing address**

Richard Davidson
2225 Primrose

Falls Church, VA 22046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 8,500.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 336 | **Nonpriority creditor's name and mailing address**

Richard Fischer
15704 Foleys Mill Place

Lorton, VA 22079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 35,000.00**

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor     American Helicopters, Inc.
           _____
           Name

                                                                Case number (if known)    24-11444
                                                                              _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 337    **Nonpriority creditor's name and mailing address**

Richard Regan
1404 Harle Place SW

Leesburg, VA 20175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,500.00

---

**3.** 338    **Nonpriority creditor's name and mailing address**

Ridge Olivieri
1010 C St. SE
#A
Washington, VA 20003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,420.00

---

**3.** 339    **Nonpriority creditor's name and mailing address**

Robert and Lisa Bussian
7980 Amsterdam Ct.

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,470.00

---

**3.** 340    **Nonpriority creditor's name and mailing address**

Robert Hufman
3050 P. St NW

Washington, DC 22207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,800.00

---

**3.** 341    **Nonpriority creditor's name and mailing address**

Robert Reid
10229 Still House Rd.

Delaplane, VA 20144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 13,000.00

---

Debtor  American Helicopters, Inc.

Name

Case number *(if known)* 24-11444

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.342** **Nonpriority creditor's name and mailing address**

Roger Sultan
44080 Chadds Ford Ct.

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,101.45

---

**3.343** **Nonpriority creditor's name and mailing address**

Ron Lenz
9216 Northedge Dr

Springfield, VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,000.00

---

**3.344** **Nonpriority creditor's name and mailing address**

Ronald Hiss
3802 N Stafford St

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 800.00

---

**3.345** **Nonpriority creditor's name and mailing address**

Ronald Stevens
6106 Occoquan Forest Dr.

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,400.00

---

**3.346** **Nonpriority creditor's name and mailing address**

Ros Lary
4440 Willard Avenue
APT 1102
Chevy Chase, MD 20815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,000.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.347**  **Nonpriority creditor's name and mailing address**

Roy Shrout
10502 Fairweather Ct

Manassas, VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.348**  **Nonpriority creditor's name and mailing address**

Ryan Caldwell
5462 Camellia Ct

Warrenton, VA 20187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 338.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.349**  **Nonpriority creditor's name and mailing address**

Ryan Hasegawa
8000 Hollington Plc

Fairfax Station, VA 22039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.350**  **Nonpriority creditor's name and mailing address**

Ryan Mange
5150 Indian Head Road

Salem, VA 24153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,014.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.351**  **Nonpriority creditor's name and mailing address**

Ryan McGill
1700 Madison Ave

Charlotte, NC 28216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | American Helicopters, Inc. | | | Case number *(if known)* | 24-11444 |
| | Name | | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.352 Nonpriority creditor's name and mailing address**

Ryan Ochoa
1514 Mallard Place

Front Royal, VA 22630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.353 Nonpriority creditor's name and mailing address**

Ryan Proctor
1380 Butter Churn Dr.

Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,600.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.354 Nonpriority creditor's name and mailing address**

Ryan Stapleton
13624 Tabscott Dr

Chantilly, VA 20151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.355 Nonpriority creditor's name and mailing address**

S. Leon McGlothlin
11505 Lee Hwy

Manassas, VA 22109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.356 Nonpriority creditor's name and mailing address**

Safety-Kleen
42 Longview Dr.

Norwell, MA 2061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 361.51

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Debtor  American Helicopters, Inc.                                  Case number (if known)  24-11444
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.357** **Nonpriority creditor's name and mailing address**

Sal Speziale
12515 knollbrook Dr.

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,556.41

---

**3.358** **Nonpriority creditor's name and mailing address**

Samantha Schutz
2392 Headquarters Road

Edinberg, VA 22824

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,176.70

---

**3.359** **Nonpriority creditor's name and mailing address**

Sandeep Kumar Suggam
156 Laurel Way
Apt 2B
Herndon, VA 20170

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,000.00

---

**3.360** **Nonpriority creditor's name and mailing address**

Sandra Louis
20694 Erskine Terrace

Ashburn, VA 20147

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,797.00

---

**3.361** **Nonpriority creditor's name and mailing address**

Sara Moore
6 Jerome Ave

Piedmont, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,100.00

---

| Debtor | American Helicopters, Inc. | | Case number (if known) | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.362** | **Nonpriority creditor's name and mailing address**

Scott Haney
6255 Langston Blvd

Arlington, VA 22205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,000.00

---

**3.363** | **Nonpriority creditor's name and mailing address**

Sean Driscoll
8219 Roxborough Loop

Gainesville, VA 20155

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.364** | **Nonpriority creditor's name and mailing address**

Sean Green
12655 Wimbley Lane

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,800.00

---

**3.365** | **Nonpriority creditor's name and mailing address**

Sean MacDougall
2991 S. 28th St.
Apt B2
Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 817.55

---

**3.366** | **Nonpriority creditor's name and mailing address**

Sean Magargle
29827 Donna Dr.

Mechanicsville, MD 20659

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,520.00

---

| Debtor | American Helicopters, Inc. | | Case number *(if known)* | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

Sean Payne
2426 Ontario Rd NW
Apt 306
Washington, DC 22209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.368** **Nonpriority creditor's name and mailing address**

Sergio Ruiz-Chincilla
6543 Braddock Road

Alexandria, VA 22312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,621.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.369** **Nonpriority creditor's name and mailing address**

Seth Erlich
411 Green St

Alexandria, VA 22314

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,066.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.370** **Nonpriority creditor's name and mailing address**

Seth Nelson
475 K ST NW
Unit 1226
Washington, DC 20001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.371** **Nonpriority creditor's name and mailing address**

Sevier County Choppers
1255 Airport Road

Sevierville, TN 37862

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor __American Helicopters, Inc._____  Case number _(if known)_ __24-11444__
        Name

| | |
|---|---|

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 372   **Nonpriority creditor's name and mailing address**

Shahbox Mahmud
16531 Reservoir Loop

Dumfries, VA 22026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6,500.00

---

**3.** 373   **Nonpriority creditor's name and mailing address**

Shakarji
821 Diamond Dr.

Gaithersburg, MD 20878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 14,500.00

---

**3.** 374   **Nonpriority creditor's name and mailing address**

Shaun Baldwin
81 Bristow Ln

Berryville, VA 22611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,300.00

---

**3.** 375   **Nonpriority creditor's name and mailing address**

Shibani Mukherji
5809 Magnolia Ln

Falls Church, VA 22203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 9,000.00

---

**3.** 376   **Nonpriority creditor's name and mailing address**

Shujin Yu
1530 Keg Blvd

Arlington, VA 22209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,200.00

---

Debtor  American Helicopters, Inc.                          Case number (if known) 24-11444
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.377**  Nonpriority creditor's name and mailing address

Simpson
26 N. Maryland Ave.

Brunswick, MD 21716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,472.15

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.378**  Nonpriority creditor's name and mailing address

Sixto Naranjo, SANS Screenprint
6799 Kennedy Rd
STE J
Warrenton, VA 20187

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.379**  Nonpriority creditor's name and mailing address

Socrates Dimitriadas
4822 Gainsborough Dr

Fairfax, VA 22032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,700.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.380**  Nonpriority creditor's name and mailing address

Sophia Bullard
125 S. Fairfax St

Alexandria, VA 22314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 700.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**3.381**  Nonpriority creditor's name and mailing address

Sophie Ottosen
PO Box 1613

Leesburg, VA 20177

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,550.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| Debtor | American Helicopters, Inc. | | Case number *(if known)* | 24-11444 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.382** Nonpriority creditor's name and mailing address

Stefan Backman
Po Box 752

Haymarket, VA 20168

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,500.00

---

**3.383** Nonpriority creditor's name and mailing address

Stephen Brenwald
1200 Braddock Place
Unit 605
Alexandria, VA 20314

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,160.00

---

**3.384** Nonpriority creditor's name and mailing address

Stephen Migala
6060 N Kostner Ave

Chicago, IL 60646

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,651.50

---

**3.385** Nonpriority creditor's name and mailing address

Stephen Miller
9911 Stoughton Road

Fairfax, VA 22302

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,000.00

---

**3.386** Nonpriority creditor's name and mailing address

Steven Noethen
12867 Misty Ln

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 800.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.387** Nonpriority creditor's name and mailing address

Steven Rynski
12738 STONE LINED CIR

Woodbridge, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,500.00

---

**3.388** Nonpriority creditor's name and mailing address

Summer Gaud
2441 Phillips Dr

Alexandria, VA 22306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,000.00

---

**3.389** Nonpriority creditor's name and mailing address

Sun Kim
52 Palisades Dr.

Stafford, VA 22554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,000.00

---

**3.390** Nonpriority creditor's name and mailing address

Sung Kim
13971 Big Yankee Lane

Centreville, VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,173.00

---

**3.391** Nonpriority creditor's name and mailing address

Sydneigh Rivers
3817 Roxbury Court

Alexandria, VA 22309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,560.00

---

Debtor    American Helicopters, Inc.
Name

Case number (if known)    24-11444

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 392    **Nonpriority creditor's name and mailing address**

Sydney Kosztolnik
559 Highland Towne Ln

Warrenton, VA 20186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 459.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 393    **Nonpriority creditor's name and mailing address**

Syed Sobhan
14943 Cherrywood Dr.

Laurel, MD 20707

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,750.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 394    **Nonpriority creditor's name and mailing address**

Talha Javed
505 18th St. South Crystal Flats
Apt 506
Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 395    **Nonpriority creditor's name and mailing address**

Tally Kuehne
6205 Cardinal Brook Ct

West Springfield, VA 22152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 28,100.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 396    **Nonpriority creditor's name and mailing address**

Ted O'Neal
2108 Sabrina Dr

Vienna, VA 22182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,550.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** <u>397</u>  **Nonpriority creditor's name and mailing address**

Terry Leon
419 S Payne St

Alexandria, VA 22514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 13,000.00

---

**3.** <u>398</u>  **Nonpriority creditor's name and mailing address**

Thida Aung
7480 Birchwood Ave
Apt 321
McLean, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 120,000.00

---

**3.** <u>399</u>  **Nonpriority creditor's name and mailing address**

Thomas Dabney
10608 Orchard Street

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 75,000.00

---

**3.** <u>400</u>  **Nonpriority creditor's name and mailing address**

Thomas Harvey
4901 Barbour Drive

Alexandria, VA 22304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,600.00

---

**3.** <u>401</u>  **Nonpriority creditor's name and mailing address**

Tim Ryan
PO Box 272

Dahlgren, VA 22448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,209.00

---

Debtor _____American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
           Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** `402` **Nonpriority creditor's name and mailing address**

Tim Souders
1 High Germany Street

Hancock, MD 21750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 80,000.00

---

**3.** `403` **Nonpriority creditor's name and mailing address**

Timothy Burtch
PO Box 44020

Washington, DC 20026

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,770.00

---

**3.** `404` **Nonpriority creditor's name and mailing address**

Timothy Pollard
223 Antietam Rd

Essex, MD 21221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 426.50

---

**3.** `405` **Nonpriority creditor's name and mailing address**

Timothy Souders
1 High Germany Street

Hancock, MD 21750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 75,000.00

---

**3.** `406` **Nonpriority creditor's name and mailing address**

Todd Treadway
2345 S. Ode St.

Arlington, VA 22202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,200.00

---

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 407  **Nonpriority creditor's name and mailing address**

Tom Barbour
8875 Tenbury Ct.

Bristow, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 1,200.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 408  **Nonpriority creditor's name and mailing address**

Tom Bibbo
13076 Marcy Creek Rd

Herndon, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 2,150.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 409  **Nonpriority creditor's name and mailing address**

Touchstone Helicopters
434 Lorraine Blvd

Los Angeles, CA 90020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 410  **Nonpriority creditor's name and mailing address**

Trevor Stephenson
10420 Steeplechase Run Ln

Manassas, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 3,300.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 411  **Nonpriority creditor's name and mailing address**

Tristin Gates
2701 Neabsco Common Pl
Apt 320
Woodbridge, VA 20110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 1,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor American Helicopters, Inc.
Name

Case number (if known) 24-11444

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.412** Nonpriority creditor's name and mailing address

Tyjon Chapple
1704 S 79th Glen

Phoenix, AZ 83043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 1,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.413** Nonpriority creditor's name and mailing address

Tyler Oliver
6480 Brickleigh Ct

Alexandria, VA 22315

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 1,298.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.414** Nonpriority creditor's name and mailing address

UPS
PO Box 312

Scranton, PA 18501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 896.63**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.415** Nonpriority creditor's name and mailing address

Vazquez
3707 Fairways Ct.

Fredericksburg, VA 22408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 13,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.416** Nonpriority creditor's name and mailing address

Vincel Madelo
2137 Whisper Way

Reston, VA 20191

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 2,500.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    American Helicopters, Inc.                                    Case number (if known)    24-11444
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.417** Nonpriority creditor's name and mailing address

Wagner Walendy
19050 Crimson Clover Terrace

Leesburg, VA 20176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.418** Nonpriority creditor's name and mailing address

Warren Thompson
10053 Nokesville Rd

Manassas, VA 20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250,000.00

**3.419** Nonpriority creditor's name and mailing address

Washington Gas
PO Box 37747

Philadelphia, PA 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,055.24

**3.420** Nonpriority creditor's name and mailing address

Wayne Frost
7 Calvert Ct

Fredericksburg, VA 22105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,192.00

**3.421** Nonpriority creditor's name and mailing address

Wayne Hallem
14514 Bluff Point Ct

Gainesville, VA 20155

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,000.00

Debtor _____American Helicopters, Inc._____    Case number _(if known)_ __24-11444__
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 422   **Nonpriority creditor's name and mailing address**

William Ogle
43804 Paramount Pl

Chantilly, VA 20152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,698.00

---

**3.** 423   **Nonpriority creditor's name and mailing address**

William Pinney
10497 West Dr.

Fairfax, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,685.40

---

**3.** 424   **Nonpriority creditor's name and mailing address**

Wilson Ricks
4641 Rock Spring Rd.

Arlington, VA 22207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,200.00

---

**3.** 425   **Nonpriority creditor's name and mailing address**

Xiaoye Yang
6218 Winnepeg Drive

Burke, VA 22015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,000.00

---

**3.** 426   **Nonpriority creditor's name and mailing address**

Xinli Wang
2902 Amber Oaks Ct

Herndon, VA 20171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,900.00

---

| Debtor | American Helicopters, Inc. | Case number (if known) | 24-11444 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** __427__ **Nonpriority creditor's name and mailing address**

Yahya Hassan
5701 Doyle Rd

Clifton, VA 20124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 47,000.00

---

**3.** __428__ **Nonpriority creditor's name and mailing address**

Yevgeniy Malashenok
5712 Medallion Ct

Alexandria, VA 22303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 868.00

---

**3.** __429__ **Nonpriority creditor's name and mailing address**

Yi Chen
6965 Grizzly Ct

Manassas, VA 20111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 793.00

---

**3.** __430__ **Nonpriority creditor's name and mailing address**

Yi Xu
25811 Mews Terr

South Riding, VA 20853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,000.00

---

**3.** __431__ **Nonpriority creditor's name and mailing address**

Zabczyk
2505 17th St NW
Unit 9
Washington, DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,010.00

Debtor   American Helicopters, Inc.
         Name                                          Case number (if known)   24-11444

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432  Nonpriority creditor's name and mailing address**

Zach Watts
3000 S Randolph Street
Apt. 178
Arlington, VA 22206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 2,200.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.433  Nonpriority creditor's name and mailing address**

Zay Win
3926 Fox Valley Dr

Rockville, MD 20853

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 9,012.80

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434  Nonpriority creditor's name and mailing address**

Zeblon Pixley
8514 Old Still House Rd

Rixeyville, VA 22737

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 3,578.80

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435  Nonpriority creditor's name and mailing address**

Zion Logan
1836 Poole Ln

McLean, VA 22161

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 628.68

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _____American Helicopters, Inc_____    Case number (if known) ___24-11444___
        Name

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 11,600,684.06 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 11,600,684.06 |

**Fill in this information to identify the case:**

Debtor name ___American Helicopters, Inc.___

United States Bankruptcy Court for the: ___Eastern District of Virginia___

Case number (If known): ___24-11444___      Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 6 Aircraft hangars | City of Manassas, Manassas Regional Airport<br>10600 Harry J Parrish Blvd<br>2nd floor<br>Manassas, VA, 20110 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Tie-Down leases | City of Manassas, Manassas Regional Airport<br>10600 Harry J Parrish Blvd<br>2nd floor<br>Manassas, VA, 20110 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Aircraft leases | Santorini Services LLC<br>2000 Massachusetts Ave NW<br>Washington, DC, 20036 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Aircraft lease | Magrahen Air LLC |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equity partner in aircraft DA40 N712PA/agreement | HR Z-tech, LLC<br>PO Box 223711<br>Chantilly, VA, 20153 |

| Debtor | American Helicopters, Inc. | Case number *(if known)* | 24-11444 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**6** **State what the contract or lease is for and the nature of the debtor's interest** | Equity partner in aircraft DA40 N712PA/agreement | Philip Saenger 2601 Babcock Rd Vienna, VA, 22181 |

**2.6**
- State what the contract or lease is for and the nature of the debtor's interest: Equity partner in aircraft DA40 N712PA/agreement
- State the term remaining
- List the contract number o any government contract

Philip Saenger
2601 Babcock Rd
Vienna, VA, 22181

**2.7**
- State what the contract or lease is for and the nature of the debtor's interest: Aircraft leases
- State the term remaining
- List the contract number of any government contract

JA Hawk Leasing
43W700 US Route 30
Sugar Grove, IL, 60554

**2.8**
- State what the contract or lease is for and the nature of the debtor's interest: Helicopter leases
- State the term remaining
- List the contract number of any government contract

Touchstone Helicopters
434 Lorraine Blvd
Los Angeles, CA, 90020

**2.9**
- State what the contract or lease is for and the nature of the debtor's interest: Helicopter leases
- State the term remaining
- List the contract number of any government contract

Neilsen Aircraft Corp

**2.10**
- State what the contract or lease is for and the nature of the debtor's interest: Aircraft lease
- State the term remaining
- List the contract number of any government contract

Fly Z LLC
9200 Dorothy Lane
Woodbridge, VA, 22193

**2.___**
- State what the contract or lease is for and the nature of the debtor's interest
- State the term remaining
- List the contract number of any government contract

**2.___**
- State what the contract or lease is for and the nature of the debtor's interest
- State the term remaining
- List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  American Helicopters, Inc.

United States Bankruptcy Court for the:  Eastern District of Virginia

Case number (If known):  24-11444

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

2021 is the latest closed books for the American Helicopters, Inc.

Please see below.

# American Helicopters INC

**Annual Balance Sheet**

For the period ending December 31, 2021

**As Of:  December 31, 2021**

| Assets | |
|---|---:|
| BB&T - Checking - 7475 | 431.35 |
| BB&T - Checking - 1792 | 495.59 |
| Property Plant & Equipment | 91,078.87 |
| Intangible Assets | 3,590.00 |
| Employee Advances | 0.00 |
| Loans To Shareholder - Kevin Rychlik | 492,953.04 |
| Due (to)/from - The Rychlik Companies | 775,713.20 |
| Due (to)/from - Motorsports Solutions | 13,683.10 |
| Due (to)/from - Performance Auto | 9,158.75 |
| Due (to)/from - Public Safety UAS Academy | 7,000.00 |
| Due (to)/from - The Gun Shop | 10,900.00 |
| Due (to)/from American Aviation Services LLC | 3,381,287.38 |
| Money in transit | 0.00 |
| **Total Assets** | **4,786,291.28** |

| Liabilities | |
|---|---:|
| Payroll Payable - Salary & Wage | 100,507.43 |
| Payroll Payable - Payroll Tax | 719,447.32 |
| Payroll Payable - Garnishments | 5,250.69 |
| Truist Bank -  PPP Loan Payable | Closed | July 2022 | 125,109.90 |
| Truist Bank -  PPP Loan Payable | Closed | September 2021 | 0.00 |
| Due to/(from) - Security Associates International LTD | 1,207,088.89 |
| Due (to)/from - Virginia Arms Company Inc | 120,178.80 |
| Due to/(from) - Virginia Airborne Search & Rescue Squad | 90,260.00 |
| Due to/(from) - Virginia Equipment Sales | 186,936.48 |
| Due to/(from) - Fairfax Armory | 15,050.00 |
| Demetrios Gellios - Loan Payable | 111,500.00 |
| Joe Caminitti - Loan Payable | 50,000.00 |
| Joseph Bechtold - Loan Payable | 50,000.00 |
| Christopher Salisbury - Loan Payable | 95,000.00 |
| Marianne Hallet - Loan Payable | 20,000.00 |
| Eric H. Norby - Loan Payable | 25,000.00 |
| Woodburn Nuclear Medicine - Loan Payable | 50,000.00 |
| Unknown Loans - Loan Payable | 2,670,997.62 |

| | |
|---|---:|
| Hugo Gonzalez - Loan Payable | 0.00 |
| Kubota Tractor - Lease Payable \| Matured \| January 2018 | 0.00 |
| Kubota Tractor - Lease Payable \| Matured | 0.00 |
| **Total Liabilities** | **5,642,327.13** |

## Equity

| | |
|---|---:|
| Retained Earnings | -856,035.85 |
| **Total Equity** | **-856,035.85** |

| | |
|---|---:|
| **Total Liabilities and Equity** | **4,786,291.28** |

**December 31, 2020**

| |
|---|
| 1,841.38 |
| 2,260.03 |
| 91,078.87 |
| 3,590.00 |
| 0.00 |
| 424,258.45 |
| 804,713.20 |
| 8,338.66 |
| 9,158.75 |
| 7,000.00 |
| 10,900.00 |
| 3,270,537.38 |
| 0.00 |
| **4,633,676.72** |

| |
|---|
| 90,037.71 |
| 592,261.17 |
| 0.00 |
| 0.00 |
| 125,100.00 |
| 750,002.31 |
| -6,490.86 |
| 90,260.00 |
| 186,936.48 |
| 15,050.00 |
| 121,500.00 |
| 0.00 |
| 50,000.00 |
| 100,000.00 |
| 25,000.00 |
| 0.00 |
| 50,000.00 |
| 2,855,258.20 |

| | |
|---|---:|
| | 35,200.00 |
| | 0.00 |
| | 0.00 |
| | **5,080,115.01** |

| | |
|---|---:|
| | -446,438.29 |
| | **-446,438.29** |

| | |
|---|---:|
| | **4,633,676.72** |

# American Helicopters INC

**Annual Income Statement**
For the period 2021

| Year | 2021 |
|---|---:|
| **Revenues** | |
| Sales Revenue | 1,114,943.96 |
| PPP Loan Forgiveness - Tax Exempt | 126,824.00 |
| **Total Revenues** | **1,241,767.96** |
| | |
| **Cost of Sales** | |
| Cost of Service - General Supplies | 90,460.55 |
| Cost of Service - Aircraft Parts and Equipment | 61,383.35 |
| **Total Cost of Sales** | **151,843.90** |
| | |
| **Gross Profit** | **1,089,924.06** |
| | |
| **Operating Expenses** | |
| Bank & ATM Fee Expense | 8,927.20 |
| Business Meals Expense | 3,119.80 |
| Dues & Membership Expense | 435.00 |
| Facility & Utilities Expense | 6,283.69 |
| Furniture & Fixtures Expense | 832.76 |
| Gas & Auto Expense | 1,023.77 |
| Helicopter Lease Expense | 597,397.27 |
| Independent Contractor Expense | 7,000.00 |
| Insurance Expense - Business | 89,009.25 |
| Interest Expense | 4,392.90 |
| License & Fee Expense | 310.00 |
| Marketing & Advertising Expense | 2,956.84 |
| Merchant Fees Expense | 11,757.52 |
| Office Supply Expense | 7,705.61 |
| Parking & Tolls Expense | 5.80 |
| Payroll Expense - Administration | 4,477.94 |
| Payroll Expense - Other | 768.00 |
| Payroll Expense - Payroll Tax | 43,393.65 |
| Payroll Expense - Salary & Wage - Paychex | 565,882.70 |
| Phone & Internet Expense | 16,535.35 |

| | |
|---|---:|
| Postage & Shipping Expense | 1,434.50 |
| Professional Service Expense | 27,381.05 |
| Recruiting & HR Expense | 1,937.74 |
| Rent or Lease Expense | 92,423.46 |
| Software & Web Hosting Expense | 2,860.03 |
| Travel & Transportation Expense | 404.83 |
| Uniforms Expense | 864.96 |
| **Total Operating Expenses** | **1,499,521.62** |
| | |
| **Total Expenses** | **1,651,365.52** |
| | |
| **Net Profit** | **-409,597.56** |